1  Mark I. Schickman  (CSB #62653)
Cathleen S. Yonahara  (CSB #203802)
2  FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
3  San Francisco, California 94105
Telephone:  (415) 541-0200
4  Facsimile:  (415) 495-4332
Email: schickman@freelandlaw.com
5       yonahara@freelandlaw.com

6  Attorneys for Defendant
Jose Torres L.D. Latin Club Bar, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10  Jane Roe, on behalf of herself and all others     CASE NO.:
similarly situated,
11
                  Plaintiff,                        **(ORIGINALLY FILED IN SUPERIOR
12                                                  COURT OF CALIFORNIA FOR THE
       v.                                           COUNTY OF SAN MATEO, CASE NO. 17-
13                                                  CIV-05530)**

Jose Torres L.D. Latin Club Bar, Inc dba; Hanky
14  Panky Club; and Does 1-200,                     **DEFENDANT JOSE TORRES L.D. LATIN
                                                    CLUB BAR, INC's.(DBA HANKY PANKY
15                Defendant.                        CLUB) NOTICE OF REMOVAL UNDER 28
                                                    U.S.C. §§ 1331, 1441, 1446.**
16

17       TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
18
THE NORTHERN DISTRICT OF CALIFORNIA
19
       PLEASE TAKE NOTICE that defendant Jose Torres L.D. Latin Club Bar, Inc.,  dba; Hanky
20
Panky Club; ("*Jose Torres L.D"*).  removes to this court the San Mateo County California Superior
21
Court Action NO.: 17-CIV-05530 described below.
22
       1. On December 4, 2017  an action was commenced in the Superior Court of California for the
23
Count of San Mateo entitled "Jane Roe, on behalf of herself and all others similarly situated, v. Jose
24
Torres L.D. Latin Club Bar, Inc dba; Hanky Panky Club;Case No. *17-CIV-05530*2.
25
       2.       On or about September 9, 2019 , Plaintiff moved the state court for permission to file a
26
Second Amended Complaint, which the court granted.  Plaintiffs filed her Second Amended
27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

{00311985}          **JOSE TORRES L.D. NOTICE OF REMOVAL**

Complaint on September 10, 2019, which for the first time added as a Fifth Cause of Action a claim under the federal Fair Labor Standards Act (FLSA), asserting that Defendant *Jose Torres L.D*  failed to pay minimum wages as required by the FLSA . A copy of the Second Amended Complaint is attached to this Notice as Exhibit A and is incorporated by reference.

3. Defendant was served with a copy of the Second Amended Complaint on or about September 19, 2019  by mail. Plaintiff filed a Proof of Service with the San Mateo County Superior Court averring that a copy of the Second Amended Complaint was served on September  19 , 2019. A copy of that  Proof of Service is attached to Exhibit A to this Notice.

4. This action is a civil action of which this court has original jurisdiction under 28 U.S.C.A. § 1331, and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C.A. § 1441(a) in that one of the claims against Jose Torres L.D arises under the Fair Labor Standards Act, 29 U.S.C. 216, et seq.

5. This Notice of Removal is effected properly and timely pursuant to 28 U.S.C. § 1446(b).

6. Venue is proper in this District pursuant to 28 U.S.C. § 1441(a) because the Superior Court where the removed case was pending is located within the District.

7.. In accordance with 28 U.S.C. §1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff's counsel and filed with the Clerk of the Superior Court for the County of san Mateo. Therefore, this Notice of Removal is timely and all procedural requirements under 28 U.S.C. § 1446 have been satisfied.

THEREFORE, Jose Torres L.D requests that this action be removed from the Superior Court of California for the County *of* San Mateo to this court.

Dated: September 17, 2019

By_/s/ Mark I. schickman
Mark I. Schickman

Attorneys for Defendant
Defendant Jose Torres L.D. Latin Club Bar, Inc.

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

{00311985}          **JOSE TORRES L.D. NOTICE OF REMOVAL**